# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JAMES J. SPIKES, JR.

NO. 2025 KW 1201

**MARCH 9, 2026**

---

In Re:   James J. Spikes, Jr., applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, Nos. 5767-F-2024 & 5813-F-2024.

---

**BEFORE:   MILLER, EDWARDS, AND FIELDS, JJ.**

  **WRIT DENIED.**

**SMM**
**BDE**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
  FOR THE COURT